FILED

2005 Mar-16  PM 02:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **RICKY L. SMITH**, | ) | |
| | ) | |
| **Petitioner**, | ) | |
| | ) | |
| vs | ) | **2:03-02289-JHH-RRA** |
| | ) | |
| **WARDEN STEPHEN BULLARD, et al.**, | ) | |
| | ) | |
| **Respondents**. | ) | |

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed to allow the petitioner to petition the Eleventh Circuit Court of Appeals for permission to file a successive petition in this court.  An appropriate order will be entered.

**DONE** this __16th__ the March, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE